IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN T. WALKER, | : | |
|     *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN E. WETZEL, *et al.*, | : | No. 20-4460 |
|     *Defendants* | : | |

## ORDER

AND NOW, this 13th day of December, 2022, upon consideration of Defendants' motion to dismiss (Doc. No. 29) and Mr. Walker's response in opposition (Doc. No. 37), it is hereby **ORDERED** that the motion (Doc. No. 29) is **GRANTED**. Mr. Walker's complaint is dismissed, and the Clerk of Court is directed to close this case for all purposes, including statistical.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1